IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

AMBER DANIELLE THORRDEN,

            Plaintiff(s),

    v.

TRANSGENDER AND INTERSEX COMMITTEE, et al.,

            Defendant(s).

Civil No. 02:20-cv-00122-JR

**ORDER OF DISMISSAL AS TO DEFENDANT OFFICER M. PINSON (ONLY)**

IT IS ORDERED that the parties' Stipulated Motion to Dismiss Defendant Officer M. Pinson [21] is GRANTED and this action as to Defendant Officer M. Pinson (only) is DISMISSED without prejudice. Pending motions as to this defendant, if any, are DENIED AS MOOT.

Dated this 31st day of March, 2021.

                                                      by   /s/ Jolie A. Russo
                                                            Jolie A. Russo
                                                            United States Magistrate Judge